1  THOMAS E. MONTGOMERY, County Counsel
   County of San Diego
2  By MELISSA M. HOLMES, Senior Deputy (SBN 220961)
   1600 Pacific Highway, Room 355
3  San Diego, California 92101-2469
   Telephone:  (619) 531- 5836
4  E-mail: melissa.holmes@sdcounty.ca.gov

5

6  Attorneys for Defendant Francis Gardiner
   (Erroneously sued as F. Gardish Gariner)

7

8

9                IN THE UNITED STATES DISTRICT COURT

10          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

12  JESSIE W. JONES,                    )  No. 14cv2477-MMA-MDD
                                        )
13         Plaintiff,                   )  **NOTICE OF FILING OF EXHIBITS IN**
                                        )  **SUPPORT OF SUMMARY JUDGMENT**
14    v.                                )
                                        )  Date:  January 11, 2016
15  F. GARDISH GARINER,                 )  Judge: Hon. Michael M. Anello
                                        )
16         Defendant.                   )
                                        )
17                                      )
                                        )
18  _____ )

19

20  Please take notice that the following exhibits are filed with the court in support of

21  Defendant's Motion for Summary Judgment:

22  Exhibit A: Compilation of Incident Video attached to Declaration of Francis Gardiner;

23  Exhibit B: Incident Video attached to Declaration of Captain James Madsen;

24  Exhibit C: Claim against County of San Diego attached hereto.

25  DATED: November 13, 2015   THOMAS E. MONTGOMERY, County Counsel

26

27                       By     s/MELISSA M. HOLMES, Senior Deputy
                                Attorneys for Defendant Francis Gardiner
28                              (Erroneously sued as F. Gardish Gariner)
                                E-mail: melissa.holmes@sdcounty.ca.gov

                                            No. 14cv-2477-MMA-MDD

# EXHIBIT "C"



**CLAIM AGAINST THE COUNTY OF SAN DIEGO**

(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

COUNTY OF SAN D

2014 MAR 28   AM 11:50

CLAIMS DIVISION

Time Stamp

File No: _____

Received by
U.S. Mail  ☑ via BB
Inter-Office Mail  ☐
Over the Counter  ☐

A claim must be filed with the Claims Division of the County of San Diego within 6 months after which the incident or event occurred. Be sure your claim is against the County of San Diego, not another public entity. Where space is insufficient, please use additional paper and identify information by paragraph and number. Completed claims must be mailed or delivered to:

*County of San Diego, Claims Division, 1600 Pacific Highway, Room 355, San Diego, CA 92101- Phone (619) 531-4899*

## TO THE HONORABLE BOARD OF SUPERVISORS – THE COUNTY OF SAN DIEGO, CALIFORNIA

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

### Claimant Information

| Last Name | First Name | Middle Name |
|---|---|---|
| Jones | Jessie | Willard |

| Street Address | City | Zip |
|---|---|---|
| 7111 Menerva OR | San Diego ca | 92114 |

| Home Phone (include area code) | Work Phone (include area code) | E-mail Address |
|---|---|---|
| (619) 665-6593 | | |

| Birth Date | Driver's License Number |
|---|---|
| 1-10-74 | A6122941  ID-Number  EXP- 2019 |

Name, telephone and post office address to which claimant desires notices to be sent, if other than above:

### Claim Information

| Date of Occurrence or Event from which the claim arises: | Time of Occurrence or Event from which the claim arises: |
|---|---|
| Nov 29, 2013 | 9:00 pm |

Location, including address (if none, nearest cross street) and city: George Bailey Facility
446 Alta Rd Suite 5300 San Diego ca 92158

Specify the particular occurrence, event, act or omission you claim caused the injury or damage (use additional paper if necessary): I Was Hand cuffed, He put them on Real Tight and bent My left Hand, it gave a popping sound and there was a pain. I was put in a Holding Cell for 2-Hours

State how or wherein the County of San Diego or its employees were at fault. Give the name(s) of the County department and employee(s) causing the damage or injury: George Bailey facility
f. Gardish gardiner, I was placed in Tight Hand cuffs My left Hand was bent and gave a popping Sound and I was place in Holding cell for 2-Hour's, and Have Nerve Damage to Hand's-goes against my 4th Amendment

CD1 (Rev. 6/11)                    (Cont.)

EXHIBIT C

Give a description of the property damage or loss, as is known at the time of the claim: *They Removed, Two Store baught Item's, Orange breakfast Drink's They were suppose To Refund my money but Havent.*

Give a description of the injury, as is known at the time of the claim: *Pain To left wrist and Right and in my arm, plus Numbness and Nerve Damage*

Social Security Number (required for Federal reporting requirements):

Name and address of any other person injured:

Name and address of the owner of any damaged property:

**Damages Claimed**

Amount claimed as of this date: $ *80.000*

Estimated amount of future costs: $ *Open*

Total amount claimed: $ *80.000*

Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc):

**Damaged Vehicle (if applicable)**

| Make: | Model: | Year: |
|---|---|---|
| License Plate Number: | Mileage: | |
| Insurance Company: | Policy Number: | |

**Additional Information**

Names and Address of witnesses, hospitals, doctors, etc:

A. *Jamal Bradley*

B. *RoNald foster*

C.

Any additional information that might be helpful in considering this claim:

*fill out*

> WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM (PENAL CODE § 72; INSURANCE CODE § 556.1)

I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this *Jesse Jones* day of *Feb-24*, 20 *14* at *9:00 Am SOCf*

_____
Claimant's Signature

EXHIBIT C

## GOVERNMENT TORT CLAIM FORM

(PLEASE TYPE OR PRINT ALL INFORMATION REQUESTED)

CLAIM AGAINST _f, GaRdísh Gardiner_ (NAME OF PUBLIC ENTITY).

1. CLAIMANT'S NAME: _Jessie Jones W_

2. CLAIMANT'S MAILING ADDRESS: _7411 MeNeNa DR_
   (ADDRESS)

   _San Diego Ca     92114_
   (CITY)          (STATE)      (ZIP CODE)

3. AMOUNT OF CLAIM: $_forth Amendment uNWritten agreement to Use excessive force on inmate, assault and battery, malicious and sadistic intent._
IF THE AMOUNT CLAIMED EXCEEDS TEN THOUSAND DOLLARS ($10,000), THE AMOUNT
OF THE CLAIM SHOULD BE UNSPECIFIED AND CLAIMANT SHOULD INDICATE THE
TYPE OF CIVIL CASE:

☐ LIMITED CIVIL CASE ($25,000 OR LESS)

☒ NON-LIMITED CIVIL CASE (OVER $25,000)

4. ITEMIZATION OF CLAIM: (How was the amount claimed above computed; list items totaling
amount set forth above, including damages for pain and suffering, if applicable). IF YOU HAVE
SUPPORTING DOCUMENTATION FOR THE AMOUNT CLAIMED (BILLS, RECEIPTS, ETC.),
PLEASE ATTACH THREE (3) COPIES TO THIS CLAIM.

| ITEM | DOLLAR AMOUNT |
|---|---|
| NeRVe Damage to Hands. | $40,000 |
| paiN and suffering. | $30,000 |
| meNtal stress. | $10,000 |

(CONTINUE ITEMIZATION ON SEPARATE SHEET, IF NECESSARY)

5. ADDRESS TO WHICH NOTICES ARE
   TO BE SENT IF DIFFERENT FROM
   LINES 1 AND 2:

   _Jessie willard Jones_
   (NAME)

   _515 13th Street Apt# 213_
   (STREET OR P.O. BOX NUMBER)

   _San Diego Ca     92101_
   (CITY)      (STATE)    (ZIP CODE)

EXHIBIT C

6. DATE & TIME OF ACCIDENT OR LOSS: _NoV-29-2013, 9:00 pm_

7. LOCATION OF ACCIDENT OR LOSS (INCLUDE CITY, COUNTY, AND STREET
ADDRESS, INTERSECTION, ROAD NUMBERS OR MILE MARKER):

_george Bailey facility, 446 Alta Rd Suite 5300
SD ca 92158_

8. HOW DID THE ALLEGED ACCIDENT OR LOSS OCCUR? STATE ALL FACTS WHICH
SUPPORT YOUR CLAIM AGAINST THE PUBLIC ENTITY:

_I was placed iN HaNd cuff's, He put oN Real tight
BeNt left HaNd, tHere was a pop and slight
pain. tHeN i was put iN a cell HaNd's beHiNded
my Back and left foR 2 HouR's, couldNt use batH
Room oR get water. I was treated Realy iN HumaN_
(CONTINUE ON SEPARATE SHEET, IF NECESSARY)

9. DESCRIBE INJURY / DAMAGE / LOSS: _paiN iN left HaNd, and
iN aRm at time's, alot of NumbNess and at
Times I caNt move my 2 Small fiNggeRs.
like i Have NeRve Damage_
(CONTINUE ON SEPARATE SHEET, IF NECESSARY)

10. NAME OF PUBLIC EMPLOYEE (S) CAUSING INJURY / DAMAGE / LOSS, IF
KNOWN: _f. GaRdisH, GaRdiNeR_

11. SIGNATURE OF CLAIMANT OR ATTORNEY/REPRESENTATIVE:

X _Jessie Jones_                                    DATED: _3-24-14_

12. DAYTIME TELEPHONE NUMBERS (PLEASE INCLUDE AREA CODE)
    CLAIMANT                              ATTORNEY/REPRESENTATIVE
    (619) 665-6593                        (   )

NOTICE

SECTION 72 OF THE PENAL CODE PROVIDES:

"EVERY PERSON WHO, WITH INTENT TO DEFRAUD, PRESENTS FOR ALLOWANCE OR FOR
PAYMENT TO ANY STATE BOARD OR OFFICER, OR TO ANY COUNTY, CITY, OR DISTRICT
BOARD OR OFFICER, AUTHORIZED TO ALLOW OR PAY THE SAME IF GENUINE, ANY FALSE
OR FRAUDULENT CLAIM, BILL, ACCOUNT, VOUCHER, OR WRITING," IS GUILTY OF EITHER
A MISDEMEANOR OR FELONY AND MAY BE SUBJECT TO IMPRISONMENT AND/OR A FINE.

EXHIBIT C